**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Edgar ROMAN–RODRIGUEZ,
Defendant—Appellant.**

No. 06–30335.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007.[*]

Filed July 16, 2007.

Frank R. Papagni, Jr., Esq., USEU—Office of the U.S. Attorney, Eugene, OR,

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See*

Stephen F. Peifer, Esq., USPO—Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Harrison Stewart Latto, Esq., Law Office of Harrison S. Latto, Portland, OR, for Defendant–Appellant.

Edgar Roman–Rodriguez, FCIV—Federal Correctional Institution (Victorville) Medium II, Adelanto, CA, pro se.

Before: LEAVY, THOMAS and BERZON, Circuit Judges.

## MEMORANDUM **

Edgar Roman–Rodriguez appeals from his guilty-plea conviction and 120–month sentence imposed for possession with intent to distribute methamphetamine and cocaine and illegal re-entry, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1) and 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Roman–Rodriguez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The government filed an answer to the *Anders* brief on April 6, 2007. No pro se supplemental brief has been filed.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Roman–Rodriguez waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dis-

Fed. R.App. P. 34(a)(2).

miss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is granted.

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b)(2). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

**DISMISSED; REMANDED** with instructions to correct the judgment.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.